# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Clarence Thomas | ) | Case No: 4:05CR160 |
| | ) | USM No: 31752-044 |
| Date of Previous Judgment: 09/02/2008 | ) | Nanci McCarthy |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.　☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| Previous Offense Level: | | Amended Offense Level: | |
|---|---|---|---|
| Criminal History Category: | | Criminal History Category: | |
| Previous Guideline Range: ___ to ___ months | | Amended Guideline Range: ___ to ___ months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  09/02/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/19/2011　　　　　　　　　　　　\s\ Jean C. Hamilton
　　　　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

Effective Date: _____　　　　　　　　　　　Jean C. Hamilton, US District Judge
*(if different from order date)*　　　　　　　　　*Printed name and title*